# SULLIVAN LAW FIRM, LLC
## ATTORNEYS AT LAW

147 EAST MAIN STREET

BRADFORD J. SULLIVAN*  CLINTON CT 06413  CHRISTOPHER M. NEARY
OF COUNSEL

* ALSO ADMITTED IN NY

TEL. (860) 664-4440
FAX. (860) 664-4422
BJS@CTSHORELINELAW.COM

February 1, 2010

The Honorable William D. Wall  
United States District Court  
Eastern District of New York  
Long Island Courthouse  
100 Federal Plaza  
Courtroom 820  
Central Islip, NY 11722

**Via Electronic  
And  
Facsimile to  
(631) 712-5725**

Re:     **Docket No.: 2:09-cv-00428 TCP-WDW**
        *Peter Voynick vs. SOMA Medical Sales, Inc.*

Dear Judge Wall:

This office represents the plaintiff in the above-referenced matter. The undersigned attorney certifies that a copy of this letter has been forwarded to defense counsel.

Pursuant to an agreement between the lawyers for the parties, this letter confirms the adjournment of the conference scheduled at 2:00 p.m. this afternoon. The parties have reached an agreement with respect to outstanding discovery and the plaintiff has agreed to withdraw his motion for order. The parties have agreed that a Pre-trial Settlement Conference be scheduled on any of the following dates, pursuant to the court's schedule.

   March 22, 2010, March 25, 2010, April 12, 2010, April 15, 2010 or April 16, 2010.

In the event that the defendant does not disclose the documents pursuant to the agreement, the plaintiff reserves the right to file a Motion to Compel. The parties are in agreement to the foregoing.

Please do not hesitate to contact this office with any questions or concerns you may have about this request. Thank you for your time and attention in this matter.

Very truly yours,

/ s /

Bradford J. Sullivan  
BJS/slm

cc      Nicholas J. Damadeo, Esq.– via fax (631) 271-7411  
        Client