BEFORE: WILLIAM D. WALL                          DATE: 3/24/10

UNITED STATES MAGISTRATE JUDGE            TIME: 2:00 PM

DOCKET NO. CV 09-0428                ASSIGNED JUDGE: PLATT

CASE NAME: VOYNICK V. SOMA MEDICAL SALES, INC.

CIVIL CONFERENCE

Initial _____ Status _____ Settlement _____ Pretrial __X__ Other _____

APPEARANCES:    Plaintiff    Bradford Sullivan

                      Defendant    NO APPEARANCE

**SCHEDULING:** The next PRETRIAL conference will be held on April 21, 2010 at 2:00 pm.

**THE FOLLOWING RULINGS WERE MADE:**

- ☐ Scheduling Order entered.
- ☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.
- ☐ Referred to mediation by separate order.
- ☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.
- ☒ Other: A joint proposed pretrial order shall be submitted at the next conference. The court will address the imposition of sanctions on the defendant at the next conference.

                                                      SO ORDERED

                                                      /s/William D. Wall
                                                     WILLIAM D. WALL
                                                     United States Magistrate Judge