BEFORE: WILLIAM D. WALL  DATE: <u>04/21/10</u>

UNITED STATES MAGISTRATE JUDGE  TIME: <u>2:00 PM</u>

DOCKET NO. <u>CV 09-0428</u>  ASSIGNED JUDGE: <u>PLATT</u>

CASE NAME: <u>VOYNICK V. SOMA MEDICAL SALES, INC.</u>

CIVIL CONFERENCE

Initial ____  Status ____  Settlement ____  Pretrial <u>X</u>  Other: ____

APPEARANCES:  Plaintiff  <u>Bradford Sullivan</u>

               Defendant  <u>Nicholas Damadeo</u>

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐ Referred to mediation by separate order.

☒ The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

☐ Other:

SO ORDERED

/s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge