# SULLIVAN LAW FIRM, LLC
## ATTORNEYS AT LAW

4 POST OFFICE SQUARE

CLINTON CT 06413

BRADFORD J. SULLIVAN*

BJS@CTSHORELINELAW.COM

* ALSO ADMITTED IN NY

CHRISTOPHER M. NEARY
*OF COUNSEL*
CMN@CTSHORELINELAW.COM

TEL. (860) 664-4440
FAX. (860) 664-4422
CTSHORELINELAW.COM

February 24, 2011

Honorable Thomas C. Platt                          **Via Regular Mail**
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722 - 9014

Re:   **Docket No.: 2:09-CV-00428**
      *Peter Voynick vs. SOMA Medical Sales, Inc.*

Dear Judge Platt:

This office represents the plaintiff, Peter Voynick in the above-referenced matter. This correspondence is in follow up to a ruling made by Judge William D. Wall on April 21, 2010 indicating that the joint pretrial order is accepted for filing and the action is ready for trial and transferred to you for scheduling.

At this time I am requesting the status of this matter being set down for a trial date.

Should you have any questions or need any further information, please feel free to contact this office. Thank you for your kind attention to this matter.

Very truly yours,

SULLIVAN LAW FIRM, LLC

Bradford J. Sullivan

cc:   Nicholas J. Damadeo, Esq.
      Client